**THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SHANE LONIX, ADC #145216**                                          **PETITIONER**

**v.**                              **Case No. 4:19-cv-00937-KGB**

**DOE**                                                               **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that petitioner Shane Lonix's petition for a writ of *habeas corpus* is dismissed without prejudice.  The relief requested is denied.

It is so adjudged this 19th day of January, 2021.

_____
Kristine G. Baker
United States District Judge